# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 25-CR-20011 |
| v. ) | |
| ) | |
| ROBERTO NICOLAS-SIMON, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION

On September 24, 2025, a Report and Recommendation Concerning Plea of Guilty (#27) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. The court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant's plea of guilty as to Counts 1s and 2s of the Superseding Indictment (#17) is accepted and Defendant is adjudged guilty on those counts. The court orders that a pre-sentence investigation report be prepared. A sentencing hearing remains set for February 2, 2026, at 2:15 pm before this court.

ENTERED this 9th day of October 2025.

s/ *Colin S. Bruce*
COLIN S. BRUCE
U.S. DISTRICT JUDGE